**DISMISS and Opinion Filed January 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01508-CV

### FEYSAL AYATI-GHAFFARI, Appellant

### V.

### JPMORGAN CHASE BANK, N.A., Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03108-2013**

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellee's amended motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of jurisdiction. Specifically, appellee contends there is no final judgment.

Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims.

Appellant asserted claims against appellee. Appellee, in turn, asserted counterclaims against appellant and third-party claims against third-party defendant Irana Haghnazari. Appellee filed a motion for summary judgment and motion to dismiss with respect to appellant's

claims against it. In two orders signed on September 15, 2014, the trial court granted appellee's motions and dismissed all of appellant's claims against appellee. Appellee's counterclaims against appellant and third-party claims against the third-party defendant remain pending in the trial court.

In his response to the motion to dismiss, appellant contends the order granting summary judgment is final because appellant sought summary judgment against him alone, not the third-party defendant. The determining factor for jurisdictional purposes, however, is whether the judgment disposes of all parties and all claims. *See Lehmann*, 39 S.W.3d at 195. Appellant also notes that he filed a motion to sever following the trial court's September 15, 2014 orders. The trial court, however, did not grant the motion to sever.

Because claims remain pending in the trial court, the judgment is not final and this Court lacks jurisdiction. Accordingly, we grant appellant's amended motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

141508F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FEYSAL AYATI-GHAFFARI, Appellant

No. 05-14-01508-CV          V.

JPMORGAN CHASE BANK, N.A.,
Appellee

On Appeal from the 417th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 417-03108-2013.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JPMORGAN CHASE BANK, N.A. recover its costs of this appeal from appellant FEYSAL AYATI-GHAFFARI.

Judgment entered January 27, 2015.